# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2024 CW 0991

**JANUARY 13, 2025**

---

In Re:   Albert A. Grayer, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
748485.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court is ordered to
proceed toward disposition on the petition for judicial review
filed by relator, Albert A. Grayer, on or before April 14, 2025.

MRT
CHH
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT